## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JORDAN NILES, BIANCA TSOLIAS, BENJAMIN SASSOON, and MARGA CELADO, on behalf of themselves and all others similarly situated,**<br><br>       **Plaintiffs,**<br><br>v.<br><br>**POSTMATES, INC.,**<br><br>       **Defendant.** | Case No. |

## POSTMATES, INC. CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Defendant Postmates, Inc., states that there is no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated:  July 28, 2017

Respectfully submitted,

POSTMATES, INC.,

By its attorneys,

/s/ Michael Mankes
Michael Mankes (BBO #662127)
Sarah E. Green (BBO No. 679732)
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, Massachusetts 02110
(T) (617) 378.6000
(F) (617) 737.0052
mmankes@littler.com
sgreen@littler.com

Dated: July 28, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2017, a true and accurate copy of the foregoing

documents was served via first-class mail, postage prepaid to the following:

James Livingston
John Regan
Regan Lane
43 Bowdoin Street, Suite A
Boston, MA  02114



/s/ Michael Mankes
Michael Mankes


Firmwide:149004118.1 078219.1045