UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BENJAMIN SASOON, and MARGA CELADO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POSTMATES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:17-cv-11397-JCB |

**SECOND SUPPLEMENTAL MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AGREEMENT, DIRECTING NOTICE TO THE CLASS, AND <u>SCHEDULING FAIRNESS HEARING</u>**

The action was brought by the Plaintiffs Benjamin Sasoon and Marga Celado (the "Plaintiffs" or "Named Plaintiffs") on behalf of Delivery Persons, (collectively, the "Class" or "Class Members") who made deliveries on behalf of the Defendants Postmates, Inc., (the "Defendant") in Massachusetts. The parties have reached an agreement to settle this action on a class-wide basis for eighty-five thousand dollars ($85,000.00). The proposed settlement is a fair result for the class and will allow the class to avoid the delay and uncertainty of further litigation.

On March 29, 2019, the Court ordered the parties to submit certain supplemental documents. The parties submit a fully executed settlement as Exhibit A and a revised class notice as Exhibit B, which now notes that individuals may opt out by email.

The Plaintiffs and Defendant respectfully request that this Court grant preliminary approval of the settlement and the proposed plan of distribution as fair, reasonable, and adequate,

and authorize the Administrator to mail and email the proposed Notice of settlement and claim form to the class.

                                            Respectfully submitted,

                                            BENJAMIN SASOON and MARGA CELADO

                                            By their attorneys,

                                                 /s/
                                            _____
                                            James D. Livingstone. BBO #640536
                                            John P. Regan, Esq. BBO #684326
                                            Employee Rights Group, LLC
                                            185 Devonshire Street, Suite 200
                                            Boston, MA 02110
                                            T: (857) 277-0902
                                            F. (857) 233-5287
                                            jay@maemployeerights.com
                                            jregan@maemployeerights.com

Dated: April 5, 2019.

## CERTIFICATE OF SERVICE

    I hereby certify that on April 5, 2019, I served an original and copy of the foregoing document upon counsel for Defendants via the Court's ECF system.

                                                          /s/
                                                      _____
                                                      John P. Regan