UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BENJAMIN SASOON and MARGA CELADO, Individually and on Behalf of All Other Persons Similarly Situated, | ) ) ) ) ) ) | |
| Plaintiff, | ) | Civ. Action No. 17-11397-JCB |
| v. | ) ) ) | |
| POSTMATES, INC., | ) ) | |
| Defendant. | ) ) | |

## JUDGMENT

May 15, 2020

Boal, M.J.

In accordance with this Court's Final Order Approving Class Action Settlement dated May 15, 2020 and this Court's Order on Plaintiff's Application for Attorney's Fees and Costs and Application for Class Representative Incentive Payments dated May 15, 2020, it is hereby ordered that the above-entitled action be and hereby is dismissed.

                                        /s/ Jennifer C. Boal
                                        Honorable Jennifer C. Boal
                                        United States Magistrate Judge